UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL KIDD and MARGARITA LEMOINE,

               Plaintiffs,

    - against -

MIDLAND CREDIT MANAGEMENT, INC.,

              Defendant.
------------------------------------------------------------------X

**JUDGMENT**
17-CV-1208 (RRM) (AKT)

A Memorandum and Order having issued this day granting summary judgment in favor of defendant Midland Credit Management, Inc. and denying cross-motion for summary judgment filed by plaintiffs Michael Kidd and Maragrita Lemoine, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiffs take nothing from defendants, and that this action is dismissed with prejudice.

Dated: Brooklyn, New York
       September 27, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge